# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** ) | |
| 6824 Lexington Avenue ) | |
| Los Angeles, CA 90038 ) | |
| ) | |
| **BUZZFEED INC.,** ) | Case No. 18-cv-1550 |
| 111 East 18th Street, 13th Floor ) | |
| New York, NY 10003 ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **U.S. DEPARTMENT OF STATE,** ) | |
| 2201 C St., NW ) | |
| Washington, DC 20520 ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BUZZFEED INC. file this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF STATE to produce emails, meeting minutes and notes, calendar entries, and call logs for two high-ranking officials in a specific time frame.

## PARTIES

2. Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF STATE is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**DEFENDANT'S FOIA VIOLATION**

6. On March 19, 2018, Plaintiffs requested from STATE, for the time period of January 20, 2017, to the date of the search for records: (1) All emails sent or received by Brian Hook, senior policy advisor to Secretary of State, and Margaret Peterlin, chief of staff to Secretary of State; (2) All notes prepared by or for former Brian Hook and Margaret Peterlin in preparation for any meeting they attended; (3) All meeting minutes and other meeting summaries for meetings attended by Brian Hook and Margaret Peterlin; (4) Brian Hook and Margaret Peterlin's calendar and appointment book; and (5) Brian Hook and Margaret Peterlin's phone call log.  Plaintiffs sought expedited processing of the requests.  A true and correct copy of the request is attached as Exhibit A.

7. The next day, STATE acknowledged receipt of the request and denied the request for expedited processing.  The request was assigned control number F-2018-01984.

8. In violation of FOIA, STATE has still not provided a determination or produced any records.

**COUNT I – VIOLATION OF FOIA**

9. The above paragraphs are incorporated herein.

10. Defendant STATE is any agency subject to FOIA.

11. Plaintiffs made a FOIA request to Defendant for agency records of Defendant.

12. One or more of the requested record are not exempt from disclosure.

13. Defendant has failed to produce the requested records.

**WHEREFORE,** Plaintiffs ask the Court to:

    i. Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records;

    ii.    Award Plaintiffs attorney fees and costs; and

    iii.    Enter any other relief the Court deems appropriate.

DATED: June 28, 2018

> Respectfully Submitted,
>
> /s/ Matthew Topic
>
> Attorneys for Plaintiffs
>
> Matthew Topic
> (E-Mail:  foia@loevy.com)
> LOEVY & LOEVY
> 311 N. Aberdeen, Third Floor
> Chicago, Illinois 60607
> Tel.: (312) 243-5900
> Fax: (312) 243-5902
> Bar No. IL0037
>
> Matthew Schafer
> (E-Mail: matthew.schafer@buzzfeed.com)
> BUZZFEED INC.
> 111 East 18th Street, 13th Floor
> New York, NY 10003
> Tel.: (646) 660-0693
> Fax: (212) 431-7461
> Bar No. 1008728