UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 18-1550 (DLC) |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiff, Jason Leopold, and Defendant, the United States Department of State ("State"), by and through undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Order dated October 1, 2018, and state as follows:

1. With respect to Part 1 of Plaintiffs' request, State applied Plaintiffs' narrowing proposal and the search yielded nearly 75,000 emails.

2. With respect to the other parts of the request, it has taken some time to complete the search of Brian Hook's non-email records. State anticipates that its search of Mr. Hook's records will be complete in the near future. State's Office of Information Programs and Services has retrieved Margaret Peterlin's records that are potentially responsive to the request. It is processing Ms. Peterlin's calendar in response to a separate FOIA request and can produce the calendar, with applicable FOIA exemptions, to Plaintiffs in this lawsuit on January 31, 2019. State is beginning to process Ms. Peterlin's other potentially responsive records and expects that it can make a first production of any responsive, non-exempt records in 6 weeks.

3. The Parties remain engaged in discussions about the scope of the request and establishing a production schedule.

4. The parties propose that they be permitted to file an updated joint status report on November 30, 2018.

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL VAN HORN, D.C. Bar #924092
        Chief, Civil Division

By:    /s/ *Patricia McBride*
        PATRICIA K. MCBRIDE
        Assistant United States Attorney, Civil Division
        555 Fourth St., N.W.
        Washington, D.C. 20530
        Phone: (202) 252-7123
        Email: Patricia.McBride@usdoj.gov

        *Counsel for Defendant*

        Matthew V. Topic
        Loevy & Loevy
        311 N. Aberdeen St., 3rd Floor
        Chicago, IL 60607

        *Counsel for Plaintiff*