UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) |
| Plaintiff, | ) Civil Action No. 18-1550 (CRC) |
| v. | ) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff, Jason Leopold, and Defendant, the United States Department of State ("State"), by and through undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Order dated November 29, 2018, and state as follows:

1. With respect to Part 1 of Plaintiffs' request, State has completed the initial searches for documents potentially responsive to the request, other than Part 1 of Plaintiff's request, the scope of which is still being negotiated by the parties.

2. State is currently processing documents for a first production on December 12, 2018, and proposes to continue monthly productions on the 12th of every month.

3. The search for Part 1 of the request, limited by the topics provided by Plaintiffs on November 7, has yielded roughly 36,000 emails, some of which may have attachments.

4. In the next fourteen days, State will make a proposal to Plaintiffs about the number of pages to be processed per month for the parts of the request other than Part 1. The parties will confer and, in their next status report, will either present the Court with their agreement on this issue or provide their respective proposals and positions.

5. The parties propose that they be permitted to file an updated joint status report on January 18, 2019.

                                    Respectfully submitted,

                                    JESSIE K. LIU, D.C. Bar #472845
                                    United States Attorney

                                    DANIEL VAN HORN, D.C. Bar #924092
                                    Chief, Civil Division

By:    /s/ *Patricia McBride*
           PATRICIA K. MCBRIDE
           Assistant United States Attorney, Civil Division
           555 Fourth St., N.W.
           Washington, D.C. 20530
           Phone: (202) 252-7123
           Email: Patricia.McBride@usdoj.gov

           *Counsel for Defendant*

           Matthew V. Topic
           Loevy & Loevy
           311 N. Aberdeen St., 3rd Floor
           Chicago, IL 60607

           *Counsel for Plaintiff*